DeWitt County National Bank, Appellee, v. William Booth et al., Appellants.

APPEALS AND ERRORS—*when freehold involved.* An appeal from an order directing a master in chancery to execute a deed to real estate involves a freehold and the appellate courts have no jurisdiction.

Bill in chancery. Appeal from the Circuit Court of DeWitt county; the Hon. W. G. COCHRAN, Judge, presiding. Heard in this court at the May term, 1909. Transferred to Supreme Court. Opinion filed October 25, 1909.

E. J. SWEENEY, for appellant.

INGHAM & INGHAM, for appellee.

*Per Curiam*: This is an appeal from an order of the Circuit Court directing the master in chancery to execute a deed to certain real estate to the complainant. A freehold being involved, this court is without jurisdiction to consider and determine the errors assigned and it is, therefore, ordered that the record and files therein be transferred to the Supreme Court.

*Transferred to Supreme Court.*